AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM C. TOMAN, JR., R.M. ASHLEY, ) <br> K.D. MACKEY, P.J. GRAHAM, RON SMITH, ) <br> UNKNOWN FEMALE OFFICER, and JOSEPH ) <br> GARDNER, and C.C. BLAKE, ) <br> ) <br> Defendants. ) | **CIVIL JUDGMENT** <br> **CASE NO. 5:13-CV-217-D** |

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that the Court DISMISSES this action under 28 U.S.C. § 1915(g). The Clerk shall close the case.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 1, 2013** WITH A COPY TO:

Robert Gene Bailey, Pro se (via USPS to (0014848 - Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)


April 1, 2013                                           JULIE A. RICHARDS, Clerk
Date                                                           Eastern District of North Carolina

                                                                                  /s/ Debby Sawyer
                                                                                  (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:13-cv-00217-D   Document 4   Filed 04/01/13   Page 1 of 1